In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO.  09-13-00061-CV
_____

**DEBBIE OLIVER, Appellant**

**V.**

**LINDA GAIL SIMS, Appellee**

On Appeal from the 88th District Court
Hardin County, Texas
Trial Cause No. 40037

**MEMORANDUM OPINION**

The appellant, Debbie Oliver, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1).  No other party filed notice of appeal.  We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

1

_____
HOLLIS HORTON
Justice

Opinion Delivered August 15, 2013
Before McKeithen, C.J., Gaultney and Horton, JJ.